# United States District Court
# District of New Hampshire

U.S. DISTRICT COURT
FILED

2015 JAN -6 A 11:06

Christopher R. Beaulieu
_____
Plaintiff

v.

Andrew S. Winters ET AL
_____
Defendant(s)

Civil Action No. 1:15-cp-4
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(_) DEMAND FOR JURY TRIAL
(X) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. **Parties**

  A. Please provide the following information for each plaintiff:

   1. Name  Beaulieu          Christopher          R
      (Last)                   (First)             (Initial)

   2. Place of Detention  NH State Prison for men

   3. Institutional Address  NH state prison # 83536 PO Box 2828
      Concord NH 03302

   4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

      ☐ Pretrial Detention Order
      ☒ Sentenced Inmate

   5. Date pretrial detention order was issued or sentence imposed  march 4 2011

B. Please provide the full name, current title and address known for each defendant:

1. Name <u>Winters          Andrew          S</u>
   (Last)           (First)           (Initial)

2. Title <u>Attorney at Law</u>

3. Address <u>101    N. State St.  Suite 1</u>
   <u>Concord NH 03301</u>

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: <u>Due Process</u>

Supporting Facts: MR. James D. Quay ESQ had started to repersant me on Dec. 10, 2010 on a Breach of Bail that was alleged that I contacted my allege victim Nick Peno on Dec. 5 2010 by Phone. I then contacted another public defender who was repersanting one of the state witness for the sexual assault charge which was with the same victim N. Peno. The State's witness was Ashley A mullen. That caused a conflict of interest which I know but MR Quay Refused to ~~~~~ ~~~~ listen to me. (Atty Quay withdraw on 5/5/2011) I was then appointed atty winters by the Concord District court. I then Brough to MR. Winter how the accuser say's in the state's motion to Revoke bail that i called him from three Nomber's but the warrent say's only one Number. He Refussed to file a motion to ~~~~~ ~~~ dismiss my case. On Sept. 6, 2011 A hearing was conducted. And On November 21, 2011 Paul A. Halvorsen Nolled the Breach of Bail. But through out my lawyer Andrew winters & James D. Quay did nothing to protect my ~~~~ rights and Ignored the fact that this allagation caused me to be false imprisoned. I have attempted to press charges on attorney Quay but am not getting anywere

Allegation 1 Cont: Due process

I was accused of Contacting my Alleged accuser Nick Peno on Sunday December 5 2010.

On December 6, 2010 MR. Peno, Nick went to the merrimack County Attorney's office first to report the Alleged Calls that I was being accused of making to his Cell Phone after Nick Peno and Amanda Casiano made a Report to the merrimack County Attorney's office they went to Concord Police Department and Reported this Alleged incident

On this date (December 6, 2010) merrimack County Attorney files a motion to revoke bail Allegen that I Contacted MR. Nick peno From (603) 731-2793, (603) 717 8102 and Restricted

On the date of the Arrest warrent (Dec. 7, 10) master police officer Kevin A. Partington, For Concord police. state he only seen the number (603) 731-2793 on mR. Nick Peno's Caller ID on 12/6/10

On 12/10/10 the States motion to Revoke Bail (filed 12/6/10) and the motion that Stated that I Called From 3 Number's was part of the Evidence along with Nick Peno, Amanda Casiano , and My Testimony (To Which I would've not taken the stand had I have

Known there was Evidence that which would've had the State's motion droped and Impeached my Accuser) Had I Known that I would've not been false Imprisoned these records (Police Reports warrents) were not given until after the hearing on 12/10/10 and I had asked Attorney James D Quay From Jan 2011 up my Plea hearing on 3/4/11 to file motions to dismiss Reconsider and Report Illegal Conduct all he wanted to talk about is pleading out and telling me "that's Bullshit you dont know what your talking about"

J.D. Quay withdrew do to conflict on 5/ /11 and Andrew winter's was Appointed I seen him only a Cauple of times the only thing I keept Seeing was Motion(s) to continue until 11/21/11 when the case was Nolled and there is enough Evidence to prove behond a Reasonable doubt that My life is Not Guilty of the Breach of Bail.

Allegation 2: __Eighth (8th) amendment.__

Supporting Facts: I was treated with cruel and unuseal Punishment I was held to answer a Criminal charge that i didnt do That it is Proven that my lawyers Didnt care what i felt in my Breach of Bail Charge.

Both Andrew S. Winters and James D. Quay have Violated many Constitutional Rights that I had as a Criminal Defendent. (A. Winters has done it Starting in 2009) (J. Quay has and Keeps doing it to this day. Because of these lawyers and their misconduct I was False Imprisoned and feel

Allegation 3: __NH RSA 311:6 oath / 604-1__

Supporting Facts: Both Attorney's have Breached a Contract That was Put in Place for

Both Attorney's have Violated their oath by Not supporting the Constitution of the state of NH and the US and did not do so and hereby in this action violated their oath Presant to the Laws of the State of New Hampshire

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III. Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

① Punitive damages 400,000

② Disbarment of Attorney Winters and Quay

③ That All Cost for this Be Reimbersed

④ That these attorney Pay the state Back for the money for there services

⑤ That this court Grant all and any Deemed Justicable to Plaintiff

Date: 01/02/2015

Signature of Plaintiff: Christopher Robert Beaulieu

## Allegation 2 cont: 8th Amendment

I've been held on bail for a crime that had false and/or misleading evedence. Attorney James Dunn Quay was first appointed on 12/1/2010 to represant me in the criminal matter. Then when I found out that a state witness was being given service of a New Hampshire Public Defender a call to this lawyer lead to a conflict of intrest which Attorney Quay withdrawed on 5/5/2011.

I was then appointed Attorney Andrew S. Winters on 05/27/2011. I hardly seen him the only thing I seen was motions to coninued. This case was later dismissed.

If these two Attorneys cared I should'nt and could've not been in prison/jail. If they used all of their skills I would've been not put through so much hell.

Attorney James Quay has a long history of lying aiding to criminal acts, violating the laws and then Now I was held on a Bail, Had my bail Revoked all against my Right and many laws to which was later droped by the City of Concord Prosecutors office. Which is part of the City of Concord Government. I can't even get

Justice against this wrongdoing

State of New Hampshire    ]
                          ]   ss
County of _____ ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20___..

_____
Notary Public/Justice of the Peace

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

01 / 02 / 2015        Christopher Robert Beaulieu
DATE                  SIGNATURE

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES ( )    NO (X)
**(check one only)**

Date: 01/02/2015        Christopher R Beaulieu
                        Signature of Plaintiff

James Dunn Quay - Staff Attorney - NH Public Defender
10 Ferry Street, Suite 202, Concord NH 03301

Paul A. Halvorsen - City of Concord Prosecutor
32 Clinton St, Concord NH 03302

Kevin A. Partington - master Police officer for Concord Police Dept.
35 Green St, Concord NH 03302

Jim Bouley - mayor
41 Green St, Concord, N.H. 03302

John Duval - Cheif of Police
35 Green St, Concord NH 03302

Timothy O'Malley - Lt - Concord Police Department
35 Green St, Concord NH 03302

Dear Clerk of Court, 01/02/2015

    I need 40 Summons in a Civil action sent to

Christopher R. Beaulieu
NH State Prison #83536
PO Box 14
Concord NH 03302-0014

Respectfully
*Christopher R Beaulieu*

P.S. I need two packets for

"Motion/Affidavit to Proceed in forma Pauperis w/out prepayment of fees"

It seems to me that Prison officals can not stop tampering with our mail. I am being screwed out of deadlines because of the Prison officals that is why the inmate accounts part of the packet is not here.

Please start the filing and get the forms to me and I'll try to do it again I've lost 4 already in the mail

Please send me a copy of this letter

*Krastofpher R Beauch[signature]*

Please Also let me know ~~about~~ if you got this All