UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher R. Beaulieu

v.

Andrew S. Winters, Esq.
James Dunn Quay, Esq.                                    Civil No. 1:15-cv-00004-JL
Paul A. Halvorsen, Esq.
Officer Kevin A. Partington
Mayor Jim Bouley
Chief John Duval
Lt. Timothy O'Malley


# **J U D G M E N T**


Judgment is hereby entered in accordance with the Order dated June 3, 2015, by Chief

Judge Joseph N. Laplante, approving the Report and Recommendation dated April 13, 2015, by

Magistrate Judge Andrea K. Johnstone.


By the Court,

_____
Daniel J. Lynch
Clerk of Court


Date: June 4, 2015


cc:      Christopher R. Beaulieu, pro se